# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEARNING GLASS SOLUTIONS, INC., a California corporation,<br><br>Defendant. | Case No. 21-CV-1648-JO (WVG)<br><br>**ORDER GRANTING DEFENDANT LEARNING GLASS SOLUTIONS, INC. LEAVE TO FILE COUNTERCLAIMS** |

Before the Court is the parties' joint motion for an order granting leave to defendant Learning Glass Solutions, Inc., to file counterclaims.

Fed. R. Civ. P. 15(a)(2) authorizes the granting of such a motion on the parties' written consent or the Court's leave. Requests for leave to file such counterclaims or amend the pleadings are granted with liberality in this Circuit. *Moss v. U.S. Secret Serv.*, 572 F.3d 962, 972 (9th Cir. 2009) (citation and internal quotations omitted).

For the foregoing reasons, and good cause therefor appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' joint motion is hereby GRANTED and that the counterclaims appended to the Lawton declaration as Ex. 1 are deemed filed as of the date below written.

IT IS SO ORDERED.

DATED: 5/13/22

Jinsook Ohta
United States District Judge